IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

John Edward Vinson

*[Enter the full name of the plaintiff in this action]*

v.

A. Cannon Charleston County Det. Crt.
- Carolina Center For Occupational Health
- Dr. Theodore Jacobs, M.D.

*Enter above the full name of defendant(s) in this action*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

*(to be assigned by Clerk)*

**C O M P L A I N T**
**State Prisoner**

RECEIVED
USDC CLERK, COLUMBIA, SC
2010 DEC 16 P 1: 17

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes_____    No __✓__

B.    If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

    1.    Parties to this previous lawsuit:

        Plaintiff: _____

        Defendant(s): _____

    2.    Court: _____
            *(If federal court, name the district; if state court, name the county)*

    3.    Docket Number: _____

    4.    Name(s) of Judge(s) to whom case was assigned: _____

    5.    Disposition: _____
            *(For example, was the case dismissed? Appealed? Pending?)*

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Al CANNON ChARleSTON COUNTY DeT. CeNTeR

B. What are the issues that you are attempting to litigate in the above-captioned case? attempting to litigate the condictions of my confindment.

C. (1) Is there a prisoner grievance procedure in this institution?    Yes ✓    No_____

   (2) Did you file a grievance concerning the claims you are raising in this matter?    Yes ✓    No_____

   When 11-24-10 _____    Grievance Number (if available) N/A _____

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?    Yes_____    No ✓

E. When was the final agency/departmental/institutional answer or determination received by you? el havent gotton one.

   *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?    Yes ✓    No_____

G. If your answer is YES:

   1. What steps did you take? el talked with DR. Theoadore JAcobs, M.D. in person

   2. What was the result? he said that el had to live with his decision

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: JOhN E. ViNSON _____    Inmate No.: 46287b

   Address: 3841 Leeds Ave. N. Charleston, SC. 29405

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Al CANNON ChArles ToN CouNTy DeT. CTR Position: SheRiFF

   Place of Employment: (C.C.D.C) ChArlesToN CouNTy DeT. CTR.

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

   CARoliNA CeNTeR FoR OCCuPATioNAl HeAlTh and DR. Theoadore JAcobs, MD, ChArlesToN CouNTy DeT. CeNTeR - HeAd DocToR

Complaint - State Prisoner
Revised October 3, 2007

IV.  STATEMENT OF CLAIM

*State here, as briefly as possible, the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach an extra sheet if necessary.*

My complaint against Al Cannon Charleston County Det. Jr., is that there is no law library there at all. So that cl (we the inmates) can better help ourselves in our own individual cases. ch this not part of my 6th amendment rights or civil rights or/and freedom of speech? So what can be done about this situation speedily. Please give me what cl (we) need to help my own self. This situation has been going on far to long, it is time for it to stop now! Also the food that is being served here is not fit for a type 2 diabetic. You really need to reform the diets that are now in place. cl know that the County can do better. The food needs to be more medical friendly to fit the right needs of the medical staff so they can serve their patiences (people) better.

Thank you.

John E. Vinson

P.S. Before mailing this form cl just found out that this jail is giving me some artificial sweeter in the drink that they serve may cause partiatic cancer. Me being a type 2 diabetic do you see me problem. cl wished that cl knew about it first so cl would have had a choice in the matter. This is very very cruel!

IV. STATEMENT OF CLAIM - continued.

My complaint is against Carolina Center for Occupational Health and Dr. Theodore Jacobs, M.D. and the way that they have their ranges or criteria for type 2 diabetes diets. When I was in S.C. DC the program that I was on worked wonderfully. The diet which (Dr. R. Mann, M.D. put me on) was a 2400 cal. with an night-time snack. That diet helped me to loose the weight that I needed to get my bloodsugar readings down to a safe level. Also my high blood pressure was at a safe level, with medicine too. My A1C is great because of it (5.4). Lets not forget that I was able to exercise regularly on this diet, as well. The diet that Dr. Theodore Jacobs M.D. has me on is Low Carbs (ha ha), all of the food here has high Carbs, yes it is true. And it has very little nutritional value and that may work for other type 2 diabetes (I don't know of none), but not for mine. He needs to understand that everyone is not the same. He said that the diet that he has me on is all he could do; because that was their standard. Will everyone don't fit into a standard. I don't believe he is doing what is best for me or my type 2 diabetes. He wouldn't even consider what I had to say about what Dr. Mann did. I know that my not a doctor, but isn't the goal is to help me to get better where I could maybe get off taking pills (Medication) for diabetes and just control it with diet and exercise. I know he is not a long term doctor for me, but because of my incarceration should he not listen to the patience (person).

(Next page please)

Complaint - State Prisoner
Revised October 3, 2007

Is it not the doctor's rule or something that they (doctors) are
to help the patiences to get better or maintain their conditions
until they get out of being in jail? I strongly feel that
something needs to be done about this matter now!

Thank you
John E. Vinson

P.S. Also the doctor has never told me about the fact that
the drink that the jail serve with all meals has
an artificial sweeter in it. Also this same sweeter
says on the package that it may cause prostatic
cancer. Now being a diabetic, you know that is a
very major problem! Someone should have said
something to me so it could have been my choice!
This stuff has been destroying my insides for a long time
without me knowledge and I don't like that!

V.  RELIEF

*State briefly and exactly what you want the court to do for you.*

I would like to see a law library here in place
or access to one. Also the criteria for the diabetes diets
updated and with more nutritional value. And closer
look at how the medical staff is being run. Or
someone who truly cares about their patiences
(people). Please help me (us), this is really cruel
and unusual punishment. I'm defenseless against
this situation.

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this* __10th__ *day of* __December__ _____ *, 20* __10__ .

John E. Vinson

*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007